■ In the Matter of the Estate of KATHERINE F. WILLIAMS, Deceased. MARGARET R. FERIOLA, as Executrix of KATHERINE RIEGEL, Deceased, et al., Appellants; ETHEL A. RAND et al., Respondents.— In a proceeding pursuant to section 206 a of the Surrogate's Court Act, the appeal is from a decree (described in the notice of appeal as an order) of the Surrogate's Court, Queens County, dismissing the petition on the merits. Decree unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.